IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION |
| vs. | ) |
| | )   FILE No. 4:22-CV-00834 |
| LAKEVIEW SHOPPING PLAZA, INC., | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT,
<u>LAKEVIEW SHOPPING PLAZA, INC., WITHOUT PREJUDICE</u>**

Plaintiff, ANTHONY CAIRNS, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses Defendant, LAKEVIEW SHOPPING PLAZA, INC., without prejudice.

Respectfully submitted this 7th day of June, 2023.

<u>/s/ Douglas S. Schapiro</u>
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on June 7, 2023 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com
